Elizabeth A. Falcone, CA Bar No. 219084
elizabeth.falcone@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503.552.2140
Facsimile:     503.224.4518

Attorneys for Defendant
UPS GROUND FREIGHT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA GARRETT,<br><br>    Plaintiff,<br><br>    v.<br><br>UPS GROUND FREIGHT, INC., UPS FREIGHT; and DOES 1 to 20,<br><br>    Defendants. | Case No. 2:20-cv-02216-TLN-DMC<br><br>**ORDER GRANTING DEFENDANT UPS GROUND FREIGHT, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:  September 8, 2020<br>Trial Date:          Not Set |

Having considered Defendant UPS Ground Freight, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and for good cause having been shown,

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.  Defendant shall have until November 19, 2020, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

DATED: November 12, 2020

_____
Troy L. Nunley
United States District Judge